IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DOUGLAS SCOTT REEVES**  PLAINTIFF

v.  No. 4:24-cv-88-DPM-BBM

**JAMES DUNHAM**, Felony Judge, Pope
County Circuit Court; **DONNA**, Nurse
Aid, Pope County Detention Center;
**DAVID**, Nurse, Pope County
Detention Center; and **MICHAEL
EVANS**, ATF TFO, Agent  DEFENDANTS

### ORDER

1. On *de novo* review, the Court adopts Magistrate Judge Moore's partial recommendation, *Doc. 23*, and overrules Reeves's objections, *Doc. 25 & 26*. Fed. R. Civ. P. 72(b). The Court construes Reeves's complaint, *Doc. 2*, as supplemented by *Doc. 9, 10, 11 & 12*, as the operative complaint. *Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir. 1999) (*per curiam*). Reeves's deliberate indifference claims against Nurse Donna and Nurse David go forward, though his request for related injunctive relief is denied as moot. His remaining claims are dismissed without prejudice.

2. Reeves's motions for a preliminary injunction, *Doc. 5 & 14*, are denied as moot.

   3.   Reeves's motion, *Doc. 26*, to add China and the United States as defendants in this deliberate indifference case is denied.

   4.   Judge Dunham and Agent Evans are dismissed as defendants. The Court directs the Clerk to add Sergeant Dannielle Holmes and Jail Administrator Rowdy Sweet as defendants on the docket. But they are dismissed as defendants, too.

   So Ordered.

   *_____*
   D.P. Marshall Jr.
   United States District Judge

   2 August 2024